UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA RICH-WILMSHURST, | No. 2:25-cv-1375 DC AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF CALAVERAS, et al., | |
| Defendants. | |

Plaintiff filed this action in pro se and the case was accordingly referred to the undersigned for pre-trial proceedings pursuant to Local Rule 302(c)(21). Plaintiff filed a motion to proceed in forma pauperis which has yet to be ruled upon. ECF No. 2. On July 28, 2025, a suggestion of death was filed on the record by plaintiff's son, Michael A.B. Wilmshurst. ECF No. 3.

As provided by Rule 25 of the Federal Rules of Civil Procedure:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a).

////

1

Mr. Wilmshurst has filed a suggestion of death; he must now "serve other parties *and nonparty successors or representatives of the deceased* with a suggestion of death in the same manner as required for service of the motion to substitute." Gilmore v. Lockard, 936 F.3d 857, 865 (9th Cir. 2019) (emphasis added) (quoting Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994)).

Accordingly, IT IS HEREBY ORDERED that Mr. Wilmshurst shall serve the suggestion of death and notice of this lawsuit on plaintiffs' nonparty successors or representatives, if any, and shall file a notice with the court regarding service no later than August 14, 2025. Mr. Wilmshurst is further ORDERED to file a motion to substitute, if he wishes to do so, no later than October 29, 2025. If the court does not receive any motions to substitute, it will dismiss this case pursuant to Fed. R. Civ. P. 25.

IT IS SO ORDERED.

DATED: July 31, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE