UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA RICH-WILMSHURST,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>Defendants. | No. 2:25-cv-1375 DC AC PS<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF |

Upon consideration of the motion to substitute plaintiff (ECF No. 6), the declaration of the successor-in-interest, and the record herein, and good cause appearing, it is hereby ordered that the motion is GRANTED. Pursuant to Federal Rule of Civil Procedure 25(a)(l), the court substitutes Michael Alan Barden Wilmshurst, son and successor-in-interest to plaintiff and decedent Linda Ann Rich-Wilmshurst, as plaintiff in this action.

Upon filing this action, the decedent filed a request for leave to proceed in forma pauperis ("IFP") and submitted the affidavit required by that statute. ECF No. 2; see 28 U.S.C. § 1915(a)(1). That motion is hereby DENIED AS MOOT. Plaintiff Michael Alan Barden Wilmshurst shall, within 14 days of this order, either pay the civil case filing fee of $350.00 plus

////

////

////

1

1 the administrative fee of $55.00, for a total of $405.00, or file his own IFP application based on

2 his own assets and expenditures.

3   IT IS SO ORDERED.

4 DATED: October 20, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2